**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Tony Joseph Boustany,       ) | No. CV 06-1990-PHX-JAT |
|            Petitioner,      ) | **ORDER** |
| vs.                         ) |  |
| Alberto Gonzales, et al.,   ) |  |
|            Respondents.     ) |  |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. #1) filed pursuant to 28 U.S.C. § 2241. The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #10) recommending that the Petition be dismissed without prejudice because Petitioner had not been detained beyond the presumptively reasonable amount of time for the Government to accomplish his deportation.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

1    However, despite the fact that Petitioner did not file objections, the Court notes that
2 the R&R concludes that the presumptively reasonable detention period (under *Zadvydas v.*
3 *Davis*, 121 S. Ct. 2491 (2001)) concluded October 18, 2006 (the date the R&R was filed).
4 Because almost two additional months have elapsed, if Petitioner wishes to have the Court
5 reconsider this conclusion, he may file a motion to re-open, within 30 days of this order, and
6 contemporaneously file his objections to the R&R.  If Petitioner completes these steps, the
7 Court will consider the objections as if they had been timely filed.

8    **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and
9 Recommendation (Doc. #10) is **ACCEPTED**;

10   **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus
11 (Doc. #1) is **DENIED**; and

12   **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT**
13 **PREJUDICE**.

14   DATED this 14th day of December, 2006.

_____
James A. Teilborg
United States District Judge